UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE YONY BARRIOS | Case No.: 3:25-cv-00616-MMD-CSD |
| | **ORDER** |

On October 29, 2025, state prisoner Yony Barrios filed a form document titled "Ex Parte Motion for Appointment of Counsel." (ECF No. 1-1). Plaintiff's initiating document does not constitute a complaint. And Plaintiff neither paid the full $405 filing fee nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1). The Court will give Plaintiff an extension of time to correct both defects.

**I.   DISCUSSION**

   **A.   Plaintiff must file a signed complaint.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

If Plaintiff wants to proceed with this lawsuit, then Plaintiff must submit a signed complaint on this Court's approved form. Alternatively, if Plaintiff did not intend to initiate this action but, rather, intended to file the motion in a different lawsuit, then Plaintiff must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. And Plaintiff must write the correct case number on documents that Plaintiff submits to be filed with the Court.

      **B.**    **Plaintiff must pay the filing fee or apply for *in forma pauperis* status.**

This Court must collect reasonable fees from parties initiating civil actions. The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed in Forma Pauperis for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**II.**    **CONCLUSION**

It is therefore ordered that Plaintiff has **until January 2, 2026**, to submit a signed legible complaint to this Court. Alternatively, if Plaintiff did not intend to initiate this lawsuit, then Plaintiff may file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action.

It is further ordered that Plaintiff has **until January 2, 2026**, to either pay the full $405 filing fee or file: (1) a completed application to proceed *in forma pauperis* with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

1  The Clerk of the Court is directed to send Plaintiff Barrios the approved form for
2  filing a civil-rights complaint by an inmate with instructions and the approved form
3  application to proceed *in forma pauperis* for an inmate with instructions.

5  DATED: November 3, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE