UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

IN RE: YONY BARRIOS

Case No. 3:25-cv-00616-MMD-CSD

ORDER

*Pro se* Plaintiff Yony Barrios filed a motion to dismiss this civil-rights lawsuit, arguing that it was filed in error as he intended to initiate a habeas corpus proceeding. (ECF No. 4.) Barrios's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 4) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

The Clerk of the Court is directed to close this case and send Yony Barrios a courtesy copy of the approved form petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 by a person in state custody (not sentenced to death) with instructions. Barrios may not pursue habeas remedies in this closed civil-rights action.

DATED THIS 17th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE